**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

IBRAHIM OSMAN IBRAHIM IDRIS,    :
                                  :
        Petitioner,         :
                                  :
    v.                      :  Civil Action No. 05-1555 (JR)
                                  :
BARACK H. OBAMA, *et al.*,        :
                                  :
        Respondents.       :

### ORDER

Upon review of the behavioral evaluation submitted to the court in compliance with the court's order of 3/25/09, the motion of petitioner's counsel for the appointment of Mohammed Idris as petitioner's next friend [#158] is **granted.**


                                        JAMES ROBERTSON
                            United States District Judge